No. 88–73. KIRK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–74. INGERSOLL MILLING MACHINE CO. ET AL. v. HYDRIL CO. C. A. 5th Cir. Certiorari denied.

No. 88–89. GOLDEN PACIFIC BANCORP. v. CLARKE, COMPTROLLER OF THE CURRENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–106. WYATT v. JOUFLAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–118. GO AIR, INC. v. ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–122. COUNTY LINE JOINT VENTURE v. CITY OF GRAND PRAIRIE, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 88–183. TORRES ET AL. v. J. F. ENTERPRISES, INC., ET AL.; and ARNOLD v. OPFER. Ct. App. Ohio, Wood County. Certiorari denied.

No. 88–248. RUBLOFF, INC. v. SMITH. Ct. App. Ga. Certiorari denied.

No. 88–249. STITT SPARK PLUG CO. v. CHAMPION SPARK PLUG CO. C. A. 5th Cir. Certiorari denied.

No. 88–251. SIDMAN v. SUPREME COURT OF FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 88–254. ANGLICKER v. MILLER. C. A. 2d Cir. Certiorari denied.

No. 88–257. RZEPKA v. JACOBSEN. C. A. 7th Cir. Certiorari denied.